TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Acting Chief, Financial Litigation Section
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
      Federal Building, Suite 7516AA
      300 North Los Angeles Street
      Los Angeles, CA 90012
      Telephone: (213) 894-2464
      Facsimile:  (213) 894-7819
      Email: robert.lester@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID M. MORROW,<br><br>　　　　　Defendant. | No. 2:21-cv-06609<br><br>[SACR 15-0099-JLS]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF:**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEE BANK OF AMERICA, N.A.**<br>**[28 U.S.C. § 3205(b)]**<br><br>　　and<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR**<br>**[28 U.S.C. § 3202(b)]** |

1  The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court order issuing a writ of continuing garnishment as to Bank of America ("Garnishee"), in order to secure payment by defendant David M. Morrow on the criminal judgment debt entered in *United States v. David M. Morrow*, SACR 15-0099-JLS.  In connection with this application, the United States also seeks the issuance of a Clerk's notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

On or about January 25, 2018, this Court entered an order imposing the following criminal judgment debt against David Morrow:

- Restitution: $14,025,904.81
- Fine:  $50,000.00
- Special assessment: $200.00

David Morrow's Social Security Number XXX-XX-3881. His address is David M. Morrow, Reg. No. 73191-112, FCI Terminal Island, 1299 Seaside Avenue, San Pedro, California 90731.

As of August 11, 2021, the principal balance on the January 25, 2018 Order is $13,807,750.92.  Demand for payment of the above-stated debt was made upon David Morrow more than thirty (30) days before the date of this application, and David Morrow has not paid the amount due.

The United States seeks herein to garnish "the property and rights to property" of Defendant -- which includes the community property portion of the assets of his wife, Linda Morrow,[1] that are in the possession, custody, or control of Garnishee.  As this Court recently stated, "[b]ecause it is part of 'all property and rights to property of the person' subject to the restitution order, 18 U.S.C. § 3613(c), property co-owned by a criminal defendant and his or her spouse, including community property, is subject to

---

[1]  Linda Morrow's Social Security Number is XXX-XX-7489.  Linda Morrow's address is:  Inmate Linda B. Morrow, XXXXXXXXX, XXXXX, AZ.

garnishment." *United States v. Fisher*, SACV 18-1054-JLS, 2018 WL 6307901, at *2 (C.D. Cal. Nov. 1, 2018) (citing *United States v. Berger*, 574 F.3d 1202, 1206 (9th Cir. 2009) and Cal. Fam. Code § 910(a).) *See also* 28 U.S.C. § 3205(a) ("Co-owned property is subject to garnishment to the same extent as co-owned property is subject to garnishment under the law of the State in which such property is located.")

    Here, it is believed that Bank of America is in the possession, custody, or control of funds belonging to PSP Holdings, LLLP, and Linda Morrow -- defendant David Morrow's wife -- is the ultimate owner of and is or was the sole signatory for PSP Holdings, LLLP's account(s) at Bank of America. Accordingly, Defendant has a substantial nonexempt interest in any funds of PSP Holdings, LLLP. By and through this application for writ of continuing garnishment, the United States seeks to take the funds or property from Defendant to secure payment towards the criminal judgment debt. 28 U.S.C. § 3205 (b)(1)(C).

    The name and address of Garnishee or Garnishee's authorized agent is:

> **Bank of America, N.A.**
> **Attn: Legal Order Process**
> **800 Samoset Drive**
> **Mail Code: DE5-024-02-08**
> **Newark, Delaware 19713**

DATED: August 16, 2021.                    Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Acting Chief, Financial Litigation Section

*/s/ Robert I. Lester*
ROBERT I. LESTER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America